# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 21-2289

DERRICK ALLEN, SR.,

       Plaintiff - Appellant,

      v.

MAGISTRATE JUDGE L. PATRICK AULD; DISTRICT COURT JUDGE THOMAS D. SCHROEDER,

       Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Max O. Cogburn, Jr., District Judge.  (1:21-cv-00776-MOC-JEP)

Submitted:  March 24, 2022                 Decided:  March 28, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Allen, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Allen's complaint under 28 U.S.C. § 1915(e)(2)(B) Allen's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Auld*, No. 1:21-cv-00776-MOC-JEP (M.D.N.C. Nov. 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*